UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-22685-CIV-MORENO

CAPITOL SPECIALTY INSURANCE CORP.,

    Plaintiff,

vs.

R.G. RANCHO GRANDE CORP, *et al.*,

    Defendants.
_____/

## DEFAULT JUDGMENT AS TO R.G. RANCHO GRANDE CORP. AND R.S. RANCHO GRANDE INC.

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendants **R.G. Rancho Grande Corp., and R.S. Rancho Grande Inc.,** failed to obtain new substitute counsel by May 7, 2010 as Ordered by this Court on April 23, 2010, (D.E. No. 56). Accordingly, because a corporation cannot represent itself the Court enters default against Defendants **R.G. Rancho Grande Corp., and R.S. Rancho Grande Inc.** See *Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1984) (citing 28 U.S.C. § 1654 and holding that corporations must always be represented by counsel). Therefore, it is

**ADJUDGED** that Default Judgment is **ENTERED** against Defendants **R.G. Rancho Grande Corp., and R.S. Rancho Grande Inc.** and in favor of Plaintiff Capitol Specialty Insurance Corp. It is further,

**ADJUDGED** that Plaintiff shall file an affidavit and a proposed order with the Court by no

later than **June 4, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendants R.G. Rancho Grande Corp., and R.S. Rancho Grande Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record